UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCINE COLE, Individually and as Co-Administrator of the Estate of Bevelyn D. Cole, | : : : : : | Civil Action No. 11-1026 (JLL) |
| Plaintiff, | : : | |
| v. | : : | |
| GUARDIAN INSURANCE COMPANY OF AMERICA, | : : : | ORDER |
| Defendant. | : : | |

This matter having come before the Court by plaintiff's motion to disqualify defendant's counsel [ECF No. 16];

and the Court having considered plaintiff's motion; and the Court further having considered defendant's opposition to plaintiff's motion [ECF No. 17];

and the Court having considered plaintiff's and defendant's supplemental briefs [ECF Nos. 20-22], which the parties filed pursuant to the Order of the Court filed on December 21, 2011 [ECF No. 19]

and the Court having held oral argument on December 19, 2011, and on January 27, 2012;

and for the reasons set forth by the Court on the record on January 27, 2011;

IT IS on this 27th day of January 2012,

ORDERED that plaintiff's motion to disqualify defense counsel is denied; and it is

further

ORDERED that there will be a telephone conference with the Undersigned on **February 1, 2012, at 10:30 a.m.**  Defense counsel will kindly initiate the telephone conference.


s/ Michael A. Hammer
UNITED STATES MAGISTRATE JUDGE